IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE HOLDINGS, LLC, <br> (f/k/a TELE-COMMUNICATIONS, INC.), <br> <br> Plaintiff, <br> <br> v. <br> <br> RONALD A. KATZ TECHNOLOGY <br> LICENSING, L.P. <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF COMCAST CABLE HOLDINGS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Comcast Cable Holdings, LLC, formerly known as Tele-Communications, Inc. ("CCH"), hereby discloses that it is wholly owned by Comcast Cable Communications Holdings, Inc., which is wholly owned by Comcast Corp., a publicly traded corporation.

OF COUNSEL:

Matthew B. Lehr
Anthony I. Fenwick
Suong Nguyen
Jill Zimmerman
Veronica Abreu
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, CA, 94025
Tel: (605) 752-2015
Fax: (650) 752-2111

Dated: July 19, 2007
807949 / 31932

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*Comcast Cable Holdings LLC*