AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

COMCAST CABLE HOLDINGS, LLC,
(f/k/a TELE-COMMUNICATIONS, INC.),

        Plaintiff,

v.

RONALD A. KATZ TECHNOLOGY
LICENSING, L.P.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 - 447

TO: (Name and address of Defendant)

RONALD A. KATZ TECHNOLOGY
LICENSING, L.P.
c/o Ronald A. Katz, Registered Agent
9220 Sunset Blvd, Ste 315
Los Angeles, CA 90069

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Evette Watson_ (signature)
(By) DEPUTY CLERK

JUL 19 2007

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7-20-07 |
| NAME OF SERVER (PRINT) JIM SANDS | TITLE Registered Process Server LA914 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Ronald A. Katz - Regis. Agent
9220 Sunset Blvd, #315, Los Angeles, CA 90069

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-20-07
            Date              Signature of Server

Security Attorney Service
12813 Gladstone Avenue
Sylmar, CA 91342
818-365-4187

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.