IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE HOLDINGS, LLC (f/k/a TELE-COMMUNICATIONS, INC.)<br><br>Plaintiff,<br><br>v.<br><br>RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-447-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'s
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ronald A. Katz Technology Licensing, L.P. states that it does not have a parent company and that no publicly held corporation owns more than 10% or more of its stock.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

By _/s/ John M. Seaman_
Andre G. Bouchard (I.D. No. 2504)
John M. Seaman (I.D. No. 3863)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendant
Ronald A. Katz Technology Licensing, L.P.*

OF COUNSEL:

HELLER EHRMAN LLP
Robert T. Haslam
Andrew C. Byrnes
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: 650.324.7000
robert.haslam@hellerehrman.com
andrew.byrnes@hellerehrman.com

Michael K. Plimack
Dale A. Rice
333 Bush Street
San Francisco, CA 94104-2878
Telephone: 415.772.6000
michael.plimack@hellerehrman.com
dale.rice@hellerehrman.com

DATED: August 8, 2007

{BMF-W0064608.}