IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE HOLDINGS, LLC<br>(f/k/a TELE-COMMUNICATIONS, INC.)<br><br>Plaintiff,<br><br>v.<br><br>RONALD A. KATZ TECHNOLOGY<br>LICENSING, L.P.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-447-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF ANDREW C. BYRNES

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent plaintiff Ronald A. Katz Technology Licensing, L.P.: Andrew C. Byrnes, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94025, 650.324.7000. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

By /s/ John M. Seaman
Andre G. Bouchard (I.D. No. 2504)
John M. Seaman (I.D. No. 3863)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendant*
*Ronald A. Katz Technology Licensing, L.P.*

{BMF-W0065404.}

OF COUNSEL:

HELLER EHRMAN LLP
Robert T. Haslam
Andrew C. Byrnes
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: 650.324.7000
robert.haslam@hellerehrman.com
andrew.byrnes@hellerehrman.com

Michael K. Plimack
Dale A. Rice
333 Bush Street
San Francisco, CA 94104-2878
Telephone: 415.772.6000
michael.plimack@hellerehrman.com
dale.rice@hellerehrman.com

DATED: August 28, 2007

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this _____ day of _____, 2007, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Andrew C. Byrnes, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: August 17, 2007

_____
Andrew C. Byrnes
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.7000
Andrew.Byrnes@hellerehrman.com

{BMF-W0063043.}

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on August 28, 2007, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Motion and Order for Admission Pro Hac Vice* with the Clerk of Court by CM/ECF which will send notification of such filing to the following counsel of record:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street
> Hercules Plaza
> P.O. Box 951
> Wilmington, DE 19801

/s/ John M. Seaman
John M. Seaman (#3868) [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
302.573.3500

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing L.P.*

{BMF-W0064606.}