## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COMCAST CABLE HOLDINGS , LLC )
(f/k/a TELECOMMUNICATIONS, INC.), )
 )
  Plaintiff, )
 )
  v. ) C.A. No. 07-447-GMS
 )
RONALD A. KATZ TECHNOLOGY )
LICENSING, L.P. )
 )
  Defendant. )

### ENTRY OF APPEARANCE

 PLEASE ENTER THE APPEARANCE of Matthew B. Lehr of the law firm of Davis

Polk & Wardwell, 1600 El Camino Real, Menlo Park, CA  94025, as counsel on behalf of

Comcast Cable Holdings, LLC.

       DAVIS POLK & WARDWELL

OF COUNSEL:     By: */s/ Matthew B. Lehr*    
         Matthew B. Lehr (#2370)
Anthony I. Fenwick      1600 El Camino Real
Suong Nguyen       Menlo Park, CA, 94025
Jill Zimmerman       Tel:  (605) 752-2015
Veronica Abreu       mlehr@dpw.com
Davis Polk & Wardwell
1600 El Camino Real     Richard L. Horwitz (#2246)
Menlo Park, CA, 94025    David E. Moore (#3983)
Tel:  (605) 752-2015     POTTER ANDERSON & CORROON LLP
         Hercules Plaza, 6th Floor
Dated:  September 10, 2007   1313 N. Market Street
817572 / 31932 (CCH)     Wilmington, Delaware 19801
         Tel:  (302) 984-6000
         rhorwitz@potteranderson.com
         dmoore@potteranderson.com

       *Attorneys for Plaintiff*
       *Comcast Cable Holdings, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 10, 2007, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on September 10, 2007, I have Electronically Mailed the document

to the following person(s):

Andre G. Bouchard
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington DE  19801
abouchard@bmf-law.com
jseaman@bmf-law.com

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
robert.haslam@hellerehrman.com
andrew.byrnes@hellerehrman.com

Michael K. Plimack
Dale A. Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
michael.plimack@hellerehrman.com
dale.rice@hellerehrman.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

813935 / 31932 (CCH)