IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMCAST CABLE HOLDINGS, LLC <br> (f/k/a TELE-COMMUNICATIONS, INC.) <br><br> Plaintiff, <br><br> v. <br><br> RONALD A. KATZ TECHNOLOGY <br> LICENSING, L.P., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-447-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

**WHEREAS**: (1) on July 19, 2007, Plaintiff Comcast Cable Holdings, LLC (f/k/a Tele-Communications, Inc.) ("CCH") filed a Complaint with this Court commencing this Action against Defendant Ronald A. Katz Technology Licensing, L.P. ("RAKTL"); (2) on August 8, 2007, RAKTL filed its Answer to CCH's Complaint; and (3) CCH and RAKTL have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action.

**NOW, THEREFORE,** CCH and RAKTL hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the Complaint and all claims asserted by CCH against RAKTL in this action are dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys fees.

{BMF-W0080080.}

| POTTER ANDERSON & CORROON LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| */s/ David E. Moore* | */s/ David Margules* |
| Richard L. Horwitz (I.D. No. 2246) | David Margules (I.D. No. 2254) |
| David E. Moore (I.D. No. 3983) | 222 Delaware Avenue, Suite 1400 |
| Hercules Plaza, 6th Floor | Wilmington, DE 19801 |
| 1313 Market Street | Telephone: 302.573.3500 |
| Wilmington, DE 19899 | abouchard@bmf-law.com |
| Telephone: 302.984.6000 | dmargules@bmf-law.com |
| rhorwitz@potteranderson.com | |
| dmoore@potteranderson.com | *Attorneys for Defendant* |
| | *Ronald A. Katz Technology Licensing, L.P.* |
| *Attorneys for Plaintiff* | |
| *Comcast Cable Holdings, LLC* | |

DATED: January 17, 2008